FLORENCE T. NAKAKUNI 2286
United States Attorney
District of Hawaii

THOMAS A. HELPER 5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Tom.Helper@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SHERRI LYNN SAUTER and CHRISTOPHER MICHAEL SAUTER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 10-00242 LEK KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES; ORDER |

STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND PARTIES

Pursuant to Federal Rules of Civil Procedure 41(a)(1), it is stipulated and agreed, by and between the parties hereto, by and through their respective counsel, that all claims brought by Plaintiffs SHERRI LYNN SAUTER and CHRISTOPHER MICHAEL SAUTER against Defendant UNITED STATES OF AMERICA are hereby dismissed with prejudice, each party to bear their own fees and costs.

There are no remaining issues or parties.

This stipulation has been signed by counsel for all parties who have made an appearance in this action.

DATED: Honolulu, Hawaii, July 8, 2011.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

/s/ Donald E. Fisher
______________________________
DONALD E. FISHER
Attorney for Plaintiffs
SHERRI LYNN SAUTER and
CHRISTOPHER MICHAEL SAUTER

/s/ Thomas A. Helper
By______________________________
THOMAS A. HELPER

Assistant U.S. Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

Sherri Lynn Sauter, et al. v. United States of America
Civil No. 10-00242 LEK KSC; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES; ORDER